IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02025-RPM

ASSOCIATION INSURANCE COMPANY,

      Plaintiff,

v.

MOUNTAINVIEW CONSTRUCTION SERVICES, LLC,
GERALD C. CAVES,
CARBONDALE GLEN LOT E-8, LLC,
CARBONDALE GLEN LOT E-15, LLC,
CARBONDALE GLEN LOT D-22, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND I, LLC, and
3X A CHARM, LLC,

      Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to Procedural Order Number One entered by this Court on February 9, 2016, counsel have contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

ORDERED that a scheduling conference will be held on **May 4, 2016, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15).   The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on April 25, 2016.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.

No parties or representatives of parties will be permitted to attend.

      Dated:   April 4, 2016

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge